The Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>5.  ANTHONY MCQUEEN,<br><br>Defendant. | NO. CR24-122-JNW<br><br>SCHEDULING ORDER |

THE COURT, having reviewed the stipulated motion and the records and files in this case, hereby GRANTS the motion and it is THEREFORE ORDERED THAT:

The United States has until **October 10, 2025** to provide notice of expert testimony that it intends to use in its case in chief, pursuant to Federal Rule of Criminal Procedure 16(a)(1)(G)(i).

IT IS FURTHER ORDERED that the defense has until **October 24, 2025** to provide notice of expert testimony that it intends to use, pursuant to Federal Rule of Criminal Procedure 16(b)(1)(C)(i).

IT IS FURTHER ORDERED that the United States has until **November 7, 2025** to provide notice of expert testimony that it intends to use in rebuttal to counter expert

Scheduling Order - 1
*United States v. McQueen* / CR24-122-JNW

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

testimony that the defense has disclosed, pursuant Federal Rule of Criminal Procedure 16(a)(1)(G)(i).

IT IS FURTHER ORDERED that all other previously imposed deadlines set forth in the Court's June 23, 2025 Order (Dkt. 127) remain in full force and effect.

IT IS FURTHER ORDERED that any proposed modifications to this schedule must be made in writing to the Court with an enclosed proposed Order.

DATED this 11th day of September, 2025.

_____
JAMAL N. WHITEHEAD
UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Jessica M. Ly*
JESSICA M. LY
Special Assistant United States Attorney

*s/ Peter Geisness*
PETER GEISNESS
Attorney for Anthony McQueen

Scheduling Order - 2
*United States v. McQueen* / CR24-122-JNW

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970