The Hon. Jamal N. Whitehead

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY MCQUEEN,<br><br>Defendant. | NO. CR24-122-JNW<br><br>**ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for Order of Forfeiture ("Motion") seeking to forfeit, to the United States, Defendant Anthony McQueen's interest in a sum of money (also known as a forfeiture money judgment) in the amount of $66,395.22, representing the proceeds Defendant obtained from his commission of *Conspiracy to Commit Bank Fraud*, in violation of 18 U.S.C. §§ 1344 and 1349.

The Court, having reviewed the United States' Motion, as well as the other papers and pleadings filed in this matter, hereby FINDS entry of an Order of Forfeiture is appropriate for the following reasons:

//

Order of Forfeiture - 1
*United States v. McQueen*, CR24-122-JNW

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1. The proceeds of *Conspiracy to Commit Bank Fraud*, in violation of 18 U.S.C. §§ 1344 and 1349, are forfeitable pursuant to 18 U.S.C. § 982(a)(2)(A);

2. In his Plea Agreement, Defendant agreed to forfeit, pursuant to 18 U.S.C. § 982(a)(2)(A), a sum of money in the amount of $66,395.22, representing proceeds he personally obtained from the commission of *Conspiracy to Commit Bank Fraud* (Dkt. No. 170 ¶ 13);

3. The forfeiture of this sum of money is separate and distinct from any restitution the Court may order in this case; and

4. The forfeiture of this sum of money is personal to Defendant McQueen and pursuant to Fed. R. Crim. P. 32.2(c)(1), no third-party ancillary process is required before forfeiting it. The forfeiture money judgment will become final upon sentencing.

NOW, THEREFORE, THE COURT ORDERS:

1. Pursuant to 18 U.S.C. § 982(a)(2)(A), and his Plea Agreement, Defendant McQueen's interest in a sum of money in the amount of $66,395.22 is fully and finally forfeited, in its entirety, to the United States;

2. Pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) – (B), this Order will become final as to Defendant McQueen at the time he is sentenced; it will be made part of the sentence; and, it will be included in the judgment;

3. No right, title, or interest in the identified sum of money exists in any party other than the United States;

4. Pursuant to Fed. R. Crim. P. 32.2(e), in order to satisfy this Order forfeiting the sum of money, in whole or in part, the United States may move to amend this Order, at any time, to include substitute property having a value not to exceed $66,395.22; and

///

///

Order of Forfeiture - 2
*United States v. McQueen*, CR24-122-JNW

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

5.  The Court will retain jurisdiction in this case for the purpose of enforcing this Order, as necessary.

DATED this 3rd day of December, 2025.

*[signature]*

Jamal N. Whitehead
United States District Judge

Presented by:

 *s/ Jehiel I. Baer*
JEHIEL I. BAER
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
Phone: (206) 553-2242
Fax: (206) 553-6934
Jehiel.Baer@usdoj.gov

Order of Forfeiture - 3
*United States v. McQueen*, CR24-122-JNW

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970